Case
US v. Woodyard
CR 01-1010
Revocation Hearing

Exhibit
D

# Instructions on Providing Urine Specimens in the
# *Northern District of Iowa*

Early detection of illegal drug use and intervention are the primary goals of drug aftercare in the ~~Northern District of~~ Iowa. Provided below is the facility that currently provides a urine collection service in your area:

| | |
|---|---|
| Name | Dubuque Residential Facility |
| Address | 1494 Elm Street |
| City | Dubuque, IA 52001 |
| UA Phone # | (563) 556-1476 |
| Hours | 9:00 a.m. to 9:00 p.m. |

(USPO check one of the following):

_____ It is YOUR responsibility to check the recorder on a daily basis (including weekends and holidays where drop hours are available) and report to the respective facility to provide a **valid** urine specimen if your designated number is on the machine. Failure to appear to provide a valid urine specimen when instructed will constitute a violation of your release conditions and may be grounds for further sanctions as approved or imposed by the Court. DO NOT assume you can stop calling the respective facility if you have provided your allotted number of specimens for the month. Occasionally, you may be instructed to provide an additional urine specimen. Remember, each facility randomly schedules the days for which you are instructed to provide a urine specimen.

_____ YOUR USPO or respective facility will contact you to provide reporting instructions. You must be accessible and report to your designated facility to provide a valid urine specimen. Failure to appear to provide a valid urine specimen when instructed will constitute a violation of your release conditions and may be grounds for further sanctions as approved or imposed by the Court.

✱ It is the intent of the United States Probation Office to accept **only valid** urine specimens from clients. It has become evident that "flushing" has been used by some clients to avoid the detection of illegal drug use. **DO NOT** dilute or attempt to adulterate your urine specimen in any way, as each specimen will be tested for dilution and/or adulteration. After testing for dilution, if the sample is determined to be below the approved cut-off level, you will be required to provide another specimen that day. A subsequent diluted or adulterated urine specimen may also may be grounds for further sanctions as approved or imposed by the Court.

Upon arrival at your collection site, you will be asked for a valid Driver's License or ID. You will not be allowed to drop unless you provide appropriate identification. If you are on prescribed medications, you MUST bring the prescribed medication bottle(s) in with you for verification purposes.

I certify I have received a copy of the Instructions on Providing Urine Specimens in the Northern District of Iowa and the notification procedures for providing a urine specimen. This process has been explained to me and; I understand it is my responsibility to call my respective facility when necessary. I also understand if I am instructed to provide a urine specimen, I must report to the respective location to provide a valid urine specimen to test for the presence of illegal drugs.

| | | | |
|---|---|---|---|
| Offender: /s/ Kyle Woodyard | 2632 PACTS Number | U.S.P.O. | Amy Moser |

Date: _____ Date: _____